NOVEMBER 21, 1949.

*Per Curiam Decisions.*

No. 255, October Term, 1948. EISLER *v.* UNITED STATES.

*Per Curiam:* The motion to dismiss is granted and the writ of certiorari is dismissed. MR. JUSTICE DOUGLAS and MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Solicitor General Perlman* was on the motion to dismiss for the United States. *David Rein* and *Joseph Forer* were on a memorandum opposing the motion for petitioner.

No. 126. COMMISSIONER OF INTERNAL REVENUE *v.* PHILADELPHIA TRANSPORTATION CO.

*Per Curiam:* The judgment is affirmed. MR. JUSTICE BURTON dissents. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. *Arnold Raum* argued the cause for petitioner. With him on the brief were *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Hilbert P. Zarky. William R. Spofford* argued the cause for respondent. With him on the brief were *Frederic L. Ballard* and *Sherwin T. McDowell.*

*Miscellaneous Orders.*

No. 3. UNITED STATES EX REL. EICHENLAUB *v.* SHAUGHNESSY, ACTING DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION. The motion to withdraw the appearance of Charles Edwin Wallington as counsel for the petitioner is granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.